**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THEODORE JUSTICE [E-Filer],

     Plaintiff,

                                Case No. 25-12791

v.                               Hon. Denise Page Hood

STELLANTIS FINANCIAL SERVICES
US CORP, et al.,

     Defendants.

_____/

## AMENDED[1] ORDER REGARDING MOTIONS FILED BY PLAINTIFF
### (ECF Nos. 26, 27, 28, 29, 32)

Plaintiff Theodore Justice filed an Amended Complaint against Defendants Stellantis Financial Services US Corp., FCA US LLC, and Peritus Portfolio Services II, LLC alleging three counts:  Willful Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(a) and (b) against Stellantis FS and Peritus only (Count I); Violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq. against FCA US LLC only (Count II); and, Breach of Implied Warranty of Merchantability Supplemental State Law Claim against FCA US LLC only (Count III).  (ECF No. 6)

This matter before the Court on Plaintiff Theodore Justice's Motions to Dismiss and Notice of Partial Voluntary Dismissal as to Counts II and III of the

---

[1] This Order is amended due to clerical errors at Plaintiff's request and is entered Nunc Pro Tunc to November 14, 2025.

1

Amended Complaint as to Defendant FCA US LLC only pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (ECF Nos. 26 and 27)  In Justice's most recent Motion of Plaintiff's Notice of Settlement Completion and Status Update, Justice confirms that Defendant FCA US LLC, along with the claims against Defendant FCA US LLC in Counts II and III, are voluntarily dismissed from this case since the parties reached a settlement.  (ECF No. 32, PageID.231-232, 234, 242).  Count I remains against Defendants Stellantis Financial Services US Corp and Peritus Portfolio Services II, LLC.  (ECF No. 32, PageID.234, .242)

Accordingly,

IT IS ORDERED that the Motion to Dismiss Plaintiff's Notice of Partial Voluntary Dismissal and Joint Motion Stipulation for Dismissal Without Prejudice **(ECF Nos. 26 and 27)** are **GRANTED**.

IT IS FURTHER ORDERED that **Counts II and III are DISMISSED** from the Amended Complaint.  **Defendant FCA US LLC only is DISMISSED without prejudice from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).**  Count I and Defendants Stellantis Financial Services US Corp and Peritus Portfolio Services II, LLC. remain.

IT IS FURTHER ORDERED that the Motion to Stay All Proceedings and Motion to Withdraw Joint Stipulation for Dismissal and to Reinstate Counts II and III **(ECF Nos. 28 and 29)** are **MOOT**.

IT IS FURTHER ORDERED that the Motion Plaintiff's Notice of Settlement Completion and Status Update **(ECF No. 32)** is **MOOT** in that this "MOTION" is considered a Notice and Status Update and there is no need to file a "MOTION" if the document is a "NOTICE" as to the status of the case.   Defendant Peritus Portfolio's Motion to Dismiss (ECF No. 20) will be determined on briefs and without a hearing as previously requested by Plaintiff Justice since he resides out of state. (See ECF Nos. 25, 30)

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

DATED:  April 16, 2026

3